JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| KEVIN JONES, JR., | ) | No. CV 22-6210-GW (PLA) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| JOHN MARTIN, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that this action is dismissed without leave to amend and with prejudice for failure to prosecute and to follow court orders.

DATED: January 24, 2023

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE