✔ JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| KEVIN JONES, JR., | Case No. CV 22-06210-GW (AS) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| JOHN MARTIN, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the above-captioned case is dismissed with prejudice.

DATED: July 19, 2023

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE